UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AVION TRAMAINE LAWSON,

    *Plaintiff,*

v.                                CASE NO. 5:15-cv-00150-MP-GRJ

J M CRUTCHFIELD, ET AL.,

    *Defendants.*

_____/

**O R D E R**

    This matter is before the Court on the Magistrate Judge's Report and Recommendation. (ECF No. 38).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    IT IS ORDERED:

    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.  Defendants' motion to dismiss, ECF

No. 24, is granted for failure to exhaust administrative remedies. The Clerk is directed to close the file.

**SO ORDERED on September 21, 2016.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**